AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 11-mj-925 |
| Frank Dimattina | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frank Dimattina

Date: 9/27/2011

s/John Meringolo
*Attorney's signature*

John C. Meringolo (JM3487)
*Printed name and bar number*

375 Greenwich St., 7th floor
New York, NY 10013

*Address*

john@meringoloesq.com
*E-mail address*

(347) 599-0992
*Telephone number*

(212) 202-4936
*FAX number*